# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUGUSTINE BUSTILLO-VARELA,<br><br>Defendant. | Case No. 96-CR-1420-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE AND RECALL WARRANT** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Indictment in the above-entitled case be dismissed without prejudice and (2) the Arrest Warrant be recalled due to the longtime fugitive status.

**IT IS SO ORDERED.**

Dated: June 4, 2025

_____
Hon. Cynthia Bashant, Chief Judge
United States District Court